# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  15 Civ. 8700-JGK                                    Purchased/Filed: November 5, 2015

STATE OF NEW YORK        UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

---

*Makeable, LLC*                                                              Plaintiff

against

*Breakout Commerce Inc., et al.*                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY                    SS.:

_____Heather Morigerato_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ November 17, 2015 _____ , at __11:45 am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial

on

_____ Breakout Commerce Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __55__     Approx. Wt: __130lbs__     Approx. Ht: __5'3"__

Color of skin: __White__     Hair color: __Black__     Sex: __Female__     Other: _____

Sworn to before me on this

__17th__ day of _____ November, 2015 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Heather Morigerato
**Attny's File No.**
Invoice·Work Order # SP1514584