UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAKEABLE,

                Plaintiff(s),

                **NOTICE OF COURT CONFERENCE**

    -against-

BREAKOUT,
                      15 civ 8700 (JGK)

                Defendant(s).
----------------------------------------------------------X

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, January 25, 2016,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                    Don Fletcher
                                         **Courtroom Case Manager**

Dated: New York, New York
           December 17, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2015
```